IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DELILAH V. TREECE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     vs. | )      Case No. 13-cv-1136-JPG-CJP |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     **Defendant.** | ) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

This matter is now before the Court on the parties' Joint Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. §405(g). (Doc. 26).

The parties agree that this case should be remanded to the agency for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corp. Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Schaefer v. Shalala*, 509 U.S. 292, 302-303 (1993).

Ms. Treece applied for benefits over five years ago, and her case was remanded by the Appeals Council after the first denial by an ALJ after a hearing. See, Doc. 14, p. 1. While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this matter to the extent practicable.

For good cause shown, the parties' Joint Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. §405(g) (Doc. 26) is **GRANTED**.

The final decision of the Commissioner of Social Security denying Delilah V. Treece's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence <u>four</u> of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED:  June 30, 2014**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT
U.S. DISTRICT JUDGE**